## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JONATHAN SCHECHTER, GARRISON FINZER, and AMANDA MAYLOR, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JASON WOODWARD,<br><br>Defendant. | Civil Action File No.:<br>1:22-cv-02259-ELR<br><br>**Jury Trial Demanded** |

## ORDER

This matter comes before the Court on the Motion for Default Judgment [Doc. No. 40] and the Supplemental Memorandum in Support of Motion for Default Judgment [Doc. No. 41] brought by and on behalf of Named Plaintiffs Jonathan Schechter, Garrison Finzer, and Amanda Maylor and Opt-In Plaintiffs Mario Campos, S. Tek Chang, Torrey Cox, Michael Magno, Nicole King, William Murphy, III, Cameron Ortego, Saul Peralta Ramirez, Darriana Reda, Steven Reames, Nicci Savant, Courtney Thomas and Marquez-Jeremiah Worthmore's (collectively "Plaintiffs") against Defendant Jason Woodward ("Defendant"). Having considered

1

Plaintiffs' Motion and Supplemental Brief, and for good cause shown, the Court herbey **GRANTS** Plaintiffs' Motion.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs are **GRANTED** a default judgment against Defendant Jason Wooward as to liability on the claims which are the subject of their Motion, and awarded damages to the following Plaintiffs, consistent with the evidence proferred in support of their Motion, in the following amounts:

| | |
|---|---|
| Campos, Mario | $1,160.00 |
| Chang, S. Tek | $11,550.80 |
| Cox, Torrey | $2,001.00 |
| Finzer, Garrison | $4,620.00 |
| King, Nicole | $1,319.50 |
| Maylor, Amanda | $793.50 |
| Murphy, William | $534.75 |
| Ortego, Cameron | $2,175.00 |
| Ramirez, Saul | $754.00 |
| Reames, Steven | $1,008.25 |
| Reda, Darriana | $2,320.00 |
| Schechter, Jonathan | $4,620.00 |

| | |
|---|---|
| Courtney Thomas | $1,040.00 |
| Worthmore, Marques Jeremiah | $2,479.50 |

**SO ORDERED** this 30th day of January, 2024.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia