**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JONATHAN SCHECHTER, GARRISON FINZER, and AMANDA MAYLOR,<br><br>      Plaintiffs,<br><br>vs.<br><br>JASON WOODWARD,<br><br>      Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-cv-02259-ELR |

## **DEFAULT JUDGMENT**

The Defendant JASON WOODWARD, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Eleanor L. Ross, United States District Judge, by order of January 30, 2024, having directed that judgment issue in favor of Plaintiffs and against the Defendant, it is hereby

ORDERED AND ADJUDGED, that the Plaintiffs JONATHAN SCHECHTER, GARRISON FINZER, and AMANDA MAYLOR, and Opt-In Plaintiffs Mario Campos, S. Tek Chang, Torrey Cox, Michael Magno, Nicole King, William Murphy, III, Cameron Ortego, Saul Peralta Ramirez, Darriana Reda, Steven Reames, Nicci Savant, Courtney Thomas and Marquez-Jeremiah Worthmore, recover from the Defendant JASON WOODWARD, the amount of $1,160.00 as to Mario Campos, $11,550.80 as to S. Tek Chang, $2,001.00 as to Torrey Cox, $ 4,620.00 as to Garrison Finzer, $1,319.50 as to Nicole King, $793.50 as to Amanda Maylor, $534.75 as to William Murphy, $2,175.00 as to Cameron Ortega, $754.00 as to Saul Ramirez, $1,008.25 as to Steven Reames, $2,320.00 as to Darriana Reda, $4,620.00 as to Jonathan Schechter, $1,040.00 as to Courtney Thomas, and $2,479.50 as to Marquez-Jeremiah Worthmore.

Schechter et al v. Woodward
1:22-cv-02259-ELR
Judgment
Page 2

Dated at Atlanta, Georgia this 30th day of January, 2024.

                                         KEVIN P. WEIMER
                                         CLERK OF COURT

                          By:    s/Ciarra Steede
                                Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
January 30, 2024
Kevin P. Weimer
Clerk of Court

By: s/Ciarra Steede
      Deputy Clerk